Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT  '25 SEP 29 PM 3: 17

for the

civil District of **COLORADO**

Division

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

**Jason Ray Clark**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**Michael Ray Trisler**
**Laura P. Moritz**
**Dentons Law Firm**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jason Ray Clark |
| Street Address | 7236 S. Ireland Circle |
| City and County | Centennial, Arapahoe |
| State and Zip Code | COLORADO, 80016 |
| Telephone Number | 720.255.5711 |
| E-mail Address | Clark4CoGov@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name: Michael Ray Trisler

Job or Title (if known):

Street Address: 2370 Sol Legare Rd

City and County: Charleston, Charleston

State and Zip Code: South Carolina, 29412

Telephone Number: 808.348.0888

E-mail Address (if known): tris808@gmail.com

Defendant No. 2

Name: Laura P. Moritz

Job or Title (if known): Attorney @ Dentons

Street Address: 1001 Bishop St

City and County: Honolulu, Honolulu

State and Zip Code: Hawaii, 96813

Telephone Number: 808.441.6156

E-mail Address (if known): laura.moritz@dentons.com

Defendant No. 3

Name: Dentons LAW Firm

Job or Title (if known): Attorneys at Law

Street Address: 1001 Bishop St

City and County: Honolulu, Honolulu

State and Zip Code: Hawaii, 96813

Telephone Number: 808.441.6156

E-mail Address (if known):

Defendant No. 4

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* __Jason Ray Clark__, is a citizen of the State of *(name)* __COLORADO__.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* __Michael Ray Trisler__, is a citizen of the State of *(name)* __South Carolina__. Or is a citizen of *(foreign nation)* _____.

   __defendant Laura P. Moritz, citizen of Hawaii__

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.     If the defendant is a corporation

The defendant, *(name)* **Dentons Law Firm** , is incorporated under the laws of the State of *(name)* **Hawaii, California** , and has its principal place of business in the State of *(name)* **Washington DC** .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$ 17,674,360**

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached.

## III. Charges

Defamation of Character, False Light Depiction, and Emotional Distress.

Defendants Michael Ray Trisler, his Attorney Laura P. Moritz, and Dentons Law Firm continually, knowingly, intentionally, negligently, and maliciously in bad faith with reckless disregard for the truth defamed Jason Ray Clark during court proceedings in case #1:22-cv-00559-JAO-KJM. This defamation of character and false light depiction has destroyed Jason Ray Clarks' A+ stellar first-class reputation, caused enormous financial damage to Mr. Clark and his business interests, as well as caused immense irreparable emotional distress to Mr. Clark. Furthermore, these grotesque, unethical, immoral, and malicious defamatory attacks on Mr. Clark continue outside of court proceedings to this very day.

On 4/4/25 docket #169 CIVIL NO. 1:22-cv-00559-JAO-KJM Hawaii District Court granted partial attorney fees in the amount of $107,953.88 to Michael Ray Trisler. Below is an excerpt of this order by Hawaii District Judge Jill A. Otake which adds to the validity, legality, and truthfulness of pro se plaintiff Jason Ray Clark's claims against Defendant Michael Ray Trisler in this case. This Assumpsit argument confirms as a finding of fact in a court of Law, Hawaii Federal District Court, that a "contract" does exist between Michael Ray Trisler and Jason Ray Clark for two weeks free Hawaiian vacation stays for Life. Additionally, this assumpsit legal thesis was affirmed as valid and true by The United States District Court, Hawaii, and the honorable Judges presiding Magistrate Judge Kenneth J. Mansfield and District Judge Jill A. Otake. Lastly, this assumpsit argument was introduced by Michael Ray Trisler's own attorneys in an attempt to collect legal fees from Jason Ray Clark.

ECF No. 169 dated 4/4/25 CIVIL NO. 1:22-cv-00559-JAO-KJM

II. "In the Nature of Assumpsit" Defendant argues that the claims asserted in the Second Amended Complaint are in the nature of assumpsit. ECF No. 163 at 11. The Court agrees. Assumpsit is a "common law form of action which allows for the recovery of damages for non-performance of a contract, either express or implied, written or verbal, as well as quasi contractual obligations." TSA Int'l, 92 Haw. at 264, 990 P.2d at 734 (emphasis and citation omitted).

This assumpsit argument confirms as valid and true without even an argument that a "contract" does exist between Michael Ray Trisler and Jason Ray Clark for two weeks free Hawaiian vacation stays for Life. Thus, this assumpsit argument

invalidates in its entirety classifying pro se Plaintiff Jason Ray Clark as a vexatious litigant which on its face is defamatory and false. You cannot have a vexatious claim when that claim itself has been found to be 100% true in the same court, by the same judges, same opposing counsel, and same Defendant, Michael Ray Trisler, who introduced the claim to the court – a "contract" does exist between Michael Ray Trisler and Jason Ray Clark for two weeks free Hawaiian vacation stays for Life. This is not even argumentative, let alone vexatious, to anyone with a human brain, let alone a law degree. Pro se plaintiff also has more than enough evidence to show the court that himself, family, and friends have used the Hawaiian vacation properties up until circa 2017 when plaintiff Jason Ray Clark and Michael Ray Trisler had a falling out over another business venture in which Defendant Michael Ray Trisler initially tried to con, dupe, swindle, and grift Jason Ray Clark out of $150,000 over a Restaurant in Kapolei, Hawaii dubbed LBII (See case #1:23-cv-00293-SASP-KJM). Turns out Mr. Clark was telling the truth, again, and correct to confront Mr. Trisler as Mr. Trisler finally paid Mr. Clark back the $150,000 + $20,000 for being a jerk – also an admission of guilt by Mr. Trisler. The action to pay Mr. Clark back the $150,000 with an additional $20,000 also confirms as a finding of fact in a court of law that Mr. Clark's action to sue Mr. Trisler not only worked, but also the act of suing Mr. Trisler was not vexatious and cannot be argued any other way. Those are two specific examples documented in a court of law that Mr. Clark's actions have not been vexatious, but correct, truthful, moral, honorable, and ethical. Opinions to the contrary are without merit and rot with corruption. The aforementioned specific examples are also proof positive in a court of law that Michael Ray Trisler, his Council Laura P. Moritz, and Denton's Law Firm, continually, knowingly, intentionally, negligently, and maliciously in bad faith with reckless disregard for the truth defamed Jason Ray Clark depicting him as a litigious, lying, deceptive individual which clearly inarguably paints Mr. Clark as a dishonest, unethical, untrustworthy person. In addition, these deplorable intentionally malicious defamatory actions and behaviors by the Defendants continue to this very day outside of court proceedings. Lastly, prior to Defendants using the assumpsit argument to obtain a fraudulent, unethical, illegal, and defamatory judgment for attorney fees of $107,953.88 against pro se litigant Jason Ray Clark the Defendants in this case made the following defamatory/factually false statements against Jason Ray Clark knowing all along they were lying, and the statements were false and thus defamatory and malicious in bad faith with reckless disregard of the truth. These defamatory statements and false light depictions are all documented in a court of Law, Hawaii District Court, CIVIL NO. 1:22-cv-00559-JAO-KJM. Most specifically, in the following docket numbers on the following dates:

ECF No. 88 Motion for Summary Judgment filed by Michael Ray Trisler dated 5/2/2024.

DEFENDANT/ COUNTERCLAIMANT MICHAEL RAY TRISLER'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ECF No. 87 dated 5/2/24.

1. In response to a discovery request asking Clark to state all facts to support his claim that "[o]n 9/29/1995, [Clark] and [Mr. Trisler] entered into a verbal contract for a loan of $13,000 plus 'interest' made by [Clark] to [Mr. Trisler] to purchase the Sunset Beach House … in exchange for two weeks for life vacation rental," as alleged in paragraph III of the SAC, Clark simply stated "Read complaint."
2. Mr. Trisler occasionally allowed family and friends, including Plaintiff, to stay at the Sunset Beach House, the Pipeline House, and/or the Kawela Bay House (collectively, the "North Shore Properties") as a courtesy.
3. Plaintiff's occasional stays at the North Shore Properties were as an informal houseguest, as a favor from Mr. Trisler, and not pursuant to any alleged oral contract relating to the 1995 loan.
4. Mr. Trisler vigorously disputes any allegation that he entered into any oral agreement to allow Plaintiff "two weeks for life" at the Sunset Beach House, or any of the North Shore Properties.

ECF No. 98 Order GRANTING Summary Judgment for Michael Ray Trisler dated 6/14/2024.

ECF No. 177 ORDER GRANTING DEFENDANT/COUNTERCLAIMANT MICHAEL RAY TRISLER'S MOTION TO DESIGNATE PLAINTIFF/COUNTERCLAIM DEFENDANT JASON RAY CLARK A VEXATIOUS LITIGANT dated 7/31/25.

The Court granted Michael Ray Trisler Summary Judgment because Judge Jill A. Otake concluded there exists no dispute of material fact. Yet, later the same court, Hawaii District Court, and the same District Court Judge, Jill A. Otake, then later used the disputed fact (that there was a verbal contract between Mr. Clark and Mr. Trisler re: North Shore Properties) to grant another fraudulent, negligent, malicious, and defamatory court victory for attorney fees using the assumpsit argument (note again an assumpsit argument can only be valid and legal with a "contract"). Michael Ray Trisler and his Attorney Laura P. Moritz of Dentons Law as well as the District Court Judges MJ Kenneth J. Mansfield and Jill A. Otake knew this, lied about it continually, maliciously, and defamatorily to win in court.

In law that is called fraud. In addition to the above defamatory, negligent, malicious, and reckless bad faith statements Ms. Laura P. Moritz tried to bully, coerce, and intimidate a key witness (outside of court proceedings) for Plaintiff/Counterclaim Defendant Jason Ray Clark in case #1:22-cv-00559-JAO-KJM named Luis Silva. Pro Se litigant Jason Ray Clark has numerous emails, texts, and phone calls (recorded) that validate the truthfulness of these series of events, as well as the unethical and illegal nature of these actions by Ms. Laura P. Moritz, Attorney for Dentons Law Firm, the largest and most powerful law firm in the World. These actions also cement more defamatory statements that were made by Ms. Moritz about Jason Ray Clark that were materially false on their face (defamatory), and according to court documents, Ms. Moritz knew at the time she was making these false defamatory statements towards Mr. Clark but made them anyway to obtain a fraudulent/defamatory victory in Hawaii District Court. These defamatory actions (outside of court) by Ms. Moritz towards Mr. Clark are malicious defamation of character made in bad faith with a reckless disregard of the truth. Ms. Moritz is not alone in boasting, defaming, and lying about Mr. Clark and the outcome of case #1:22-cv-00559-JAO-KJM. Mr. Trisler continues to spread lies (outside of court proceedings) about Mr. Clark about his victory in case #1:22-cv-00559-JAO-KJM, the now indisputable contract for two weeks for life beach front vacation stays, and the $13,000 loan Mr. Clark originally made to Mr. Trisler. These defamatory lies, insults, and under mining back handed comments and suggestions paint Mr. Clark in a false light to the very communities Mr. Clark is part of in his personal life, business life, and political life – Colorado members of the West Point Community, Colorado members of the US Armed Forces, the Colorado retired military community, and Colorado constituents all from Colorado for Mr. Clark's Colorado Gubernatorial campaign in 2026. This Defamation of Character and False Light Depiction has destroyed Mr. Clark's stellar A+ reputation as an Investment Advisor, with Family, Friends, as well as the WEST POINT and US Army communities virtually exclusive to the State of Colorado where Mr. Clark was raised, has lived his entire Life, as well as conducted business for more than 30+ years. Colorado is also the state where Jason Ray Clark is currently running for Governor of Colorado in the 2026 election cycle. Lastly, these defamatory, negligent, malicious, bad faith actions (both written and verbal as well as during court proceedings and outside of court) by the Defendants in this case have caused immense emotional distress to the victim in this case, Jason Ray Clark.

**IV. Relief. $17,674,360.**

1)Two weeks free beach front vacation stays for life lost from 2015-2025 = 10 years at $2,000/night (Michael Ray Trisler's current advertised rate) X 2 weeks/14 days = $28,000/yr X 10 years = $280,000 X 3 (treble damages) = $840,000. Plus, fraudulent award of attorney fees in Hawaii District Court case 1:22-cv-00559-JAO-KJ awarded on 4/4/25 docket #169 = $107,953.88 X 3 (treble damages) = $323,861.61 = $388,634. Total numerical damages sought = $1,228,634 X 20% for taxes = $1,474,360. In addition to the actual numerical damages calculation above Plaintiff Jason Ray Clark seeks an additional $1,500,000 for emotional distress from Michael Ray Trisler, Laura P. Moritz, and Dentons Law Firm = $4,500,000 X 3 (treble damages) = $13,500,000 X 20% for taxes = $16,200,000. Thus, total damages sought by Plaintiff Jason Ray Clark = $1,474,360+$16,200,00 = **$17,674,360.**

2)Michael Ray Trisler will admit to the public that he lied to Jason Ray Clark regarding the two weeks for life beach front vacation rental at his properties in Hawaii and acknowledge the loan of $13,000 Mr. Clark made to Mr. Trisler to "get him started in the real estate business".

3)Mr. Trisler will reinstate the two weeks for life beach front vacation stays until Jason Ray Clark's death, i.e. for life.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/29/2025

Signature of Plaintiff    _Jason R. Clark_

Printed Name of Plaintiff    _Jason Ray Clark_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Page 5 of 5